# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
### No. 02-1648V
### (Not to be published)

```
* * * * * * * * * * * * * * * * * * * * * * * *
                                            *
ALISON BUSHNELL and                         *
DANIEL BUSHNELL, individually               *
and as next friends of JRB, a minor,        *
                                            *
               Petitioners,                 *
                                            *      Filed:  November 2, 2015
         v.                                 *
                                            *      Decision on Attorneys'
SECRETARY OF HEALTH AND                     *      Fees and Costs
HUMAN SERVICES                              *
                                            *
               Respondent.                  *
                                            *
* * * * * * * * * * * * * * * * * * * * * * * *
```

## DECISION (ATTORNEY FEES AND COSTS)

In this case under the National Vaccine Injury Compensation Program,[1] I issued a decision on June 12, 2015. On November 2, 2015, the parties filed a joint stipulation of fact concerning attorneys' fees and costs in this matter. The parties' stipulation requests a total payment of $5,034.50, representing attorneys' fees and costs for work performed by the law firm of Michael Gallagher.

I find that this petition was brought in good faith and that there existed a reasonable basis for the claim. Therefore, an award for fees and costs is appropriate, pursuant to 42 U.S.C. § 300aa-15(b) and (e)(1). Further, the proposed amount seems reasonable and appropriate. **Accordingly, I hereby award the total $5,034.50 as a lump sum in the form of a check payable jointly to petitioners and petitioners' counsel, Michael Gallagher.**

---

[1] The applicable statutory provisions defining the program are found at 42 U.S.C. § 300aa-10 *et seq.* (2012).

In the absence of a timely-filed motion for review filed pursuant to Appendix B of the Rules of the U.S. Court of Federal Claims, the clerk of the court shall enter judgment in accordance herewith.[2]

**IT IS SO ORDERED**

/s/ George L. Hastings, Jr.
George L. Hastings, Jr.
Special Master

---

[2] Pursuant to Vaccine Rule 11(a), the parties may expedite entry of judgment by filing a joint notice renouncing the right to seek review.